FILED

2015 MAR -9 A 10: 19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David A. Elwell  - #122091

CV 15-80075 MISC

JD

Case Number:

)
)
)   **ORDER TO SHOW CAUSE RE**
)   **SUSPENSION FROM MEMBERSHIP**
)   **IN GOOD STANDING OF THE BAR**
)   **OF THE COURT**
)

TO:  David A. Elwell

You are enrolled as a member of the bar of the Northern District of California. Notice has been received by the Chief Judge of the United States District Court for the Northern District of California that your status as a member of the State Bar of California has been modified as follows:

Enrolled as an inactive member pursuant to Section 6007 of the Business and Professions Code and may not practice law while so enrolled effective February 2, 2015.

Effective the date of this order, your membership in the bar of this Court is **suspended on an interim basis** pursuant to Civil Local Rule 11-7(b)(1). **On or before April 13, 2015,** you may file a response to this Order meeting the requirements of Civil Local Rule 11-7(b)(2), which may be viewed on the Court's website at cand.uscourts.gov. If you fail to file a timely and adequate response to this Order, you will be suspended from membership without further notice.

If you are disbarred, suspended or placed on disciplinary probation by this Court and are later restored to active membership in the State Bar of California, you may apply for reinstatement pursuant to Civil Local Rule 11-7(b)(3). The Clerk shall close this file on or after April 13, 2015, absent further order of this Court.

**IT IS SO ORDERED.**

Dated: March 2, 2015

JAMES DONATO
United States District Judge

*Form updated July 2012*